UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

**CRAIG CORNELIUS TOLLIVER and JANETTE ENGLISH**

Plaintiffs,

v.

**CITY OF MINNEAPOLIS; TOSCANO, Officer, individually, personally, and in his capacity as a Minneapolis Police Officer; JANE DOE, officer; RICHARD ROE, officer; ROBERT OLSON, Chief of Police, personally and in his official capacity,**

Defendants.

Civil No. 03-5550 (JNE/JGL)

**O R D E R**

---

APPEARANCES

Albert T. Goins, Sr., Esq., for Plaintiff Janet English

No appearance for Plaintiff Craig C. Tolliver, dismissed from the case

C. Lynne Fundingsland, Esq., for Defendants

---

Based upon the Report and Recommendation by Chief United States Magistrate Judge Jonathan Lebedoff dated June 20, 2005, all the files, records and proceedings herein, and no objections having been filed to that Report and Recommendation,

**IT IS HEREBY ORDERED**:

(1) Defendants' Motion for Dismissal (Doc. No. 26) is **GRANTED**; and

(2)   This action is **DISMISSED WITH PREJUDICE** in its entirety.

Dated: July 20, 2005

                                                  s/ Joan N. Ericksen
                                                 JOAN N. ERICKSEN
                                                 United States District Court